UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Loriann Lajoie, <br>     Plaintiff, <br><br> v. <br><br> Gabriel Care, Inc. and Dennis Etzkorn, <br>     Defendants. | ) <br> ) <br> ) <br> )   C.A. No. 1:11-cv-11727 <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now comes the parties in the above-entitled action, by their attorneys, and hereby

stipulate and agree that the action be Dismissed with prejudice and without costs.

Dated this 9th day of August, 2013.

Respectfully submitted,

Loriann Lajoie, Plaintiff,
By her attorneys,

/s/ _ Carlin J. Phillips _____
Attorney Carlin J. Phillips, BBO # 561916
Phillips & Garcia, P. C.
13 Ventura Drive
North Dartmouth, MA 02747
cphillips@phillipsgarcia.com

/s/ Christopher C. Trundy_____
Attorney Christopher C. Trundy, BBO # 555622
240 Union Street
P.O. Box1203
New Bedford, MA 02741-1203
christrundy@trundylaw.com

1

2

Gabriel Care, Inc. and
Dennis Etzkorn, Defendants,

By their attorney,

/s/ Joseph R. Gallitano
Joseph R. Gallitano, BBO # 183700
34 Main St. Ext. Suite 202
Plymouth, MA 02360
(508) 746-1500
jrgassoc@comcast.net